# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TORRES RANSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0010-WS-B |
| | ) |
| CITY OF CAMDEN, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 45), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 10th day of January, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE